

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Victoria Hartsfield,

\* From the 358th District Court
  of Ector County
  Trial Court No. C-17-0509-CR.

Vs. No. 11-19-00233-CR

\* January 16, 2020

The State of Texas,

\* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J., sitting
  by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.